IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RMV ENTERPRISES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:12-cv-0335 (GBL/JFA) |
| v. | ) | |
| | ) | |
| | ) | |
| KSOFTWARE.COM, an Internet Domain Name, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the August 24, 2012 Report and Recommendation of United States Magistrate Judge Anderson, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson. The Clerk of Court shall enter default judgment in favor of Plaintiff RMV Enterprises, LLC, and against Defendants KSOFTWARE.COM, an Internet Domain Name, *et al.* It is further

ORDERED that VeriSign, Inc. change the registrar of record for the <ksoftware.com> domain name to GoDaddy, Inc. It is further

ORDERED that GoDaddy, Inc. register the <ksoftware.com> domain name in the name of RMV Enterprises, LLC.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this __/__ day of October, 2012.

Alexandria, Virginia
10/__/12

_____/s/_____
Gerald Bruce Lee
United States District Judge